UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANK RODRIGUEZ,<br><br>       Plaintiff,<br><br>   v.<br><br>LEHIGH SOUTHWEST CEMENT COMPANY, et al.,<br><br>       Defendants. | Case No.: 14-CV-03537-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Robert Baker
Defendants' Attorneys: Danielle Ochs; Mark Renner; Jason McClitis

An initial case management conference was held on January 28, 2015. A further case management conference is set for April 29, 2015, at 2:00 p.m. The parties shall file their joint case management statement by April 22, 2015.

The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: March 28, 2015

DEADLINE TO COMPLETE COURT MEDIATION: April 28, 2015

FACT DISCOVERY CUTOFF: September 3, 2015

EXPERT DISCOVERY:
   Opening Reports: September 17, 2015
   Rebuttal Reports: October 1, 2015
   Close of Expert Discovery: October 15, 2015

1

Case No.: 14-CV-03537-LHK
CASE MANAGEMENT ORDER

DISPOSITIVE MOTIONS shall be filed by October 29, 2015, and set for hearing no later than December 10, 2015 at 1:30 p.m.  The parties are limited to one dispositive motion per party in the entire case.

FINAL PRETRIAL CONFERENCE: February 4, 2016, at 1:30 p.m.

JURY/COURT TRIAL: February 29, 2016, at 9:00 a.m. Trial is expected to last 3 days.

**IT IS SO ORDERED.**

Dated: January 28, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No.: 14-CV-03537-LHK
CASE MANAGEMENT ORDER