ROBERT DAVID BAKER, INC.
Robert David Baker, Esq. (87314)
80 South White Road
San Jose, CA  95127
(408) 251-3400 telephone
(408)251-3400 facsimile
rbaker@rdblaw.net

Attorney for Plaintiff
FRANK RODRIGUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RODRIGUEZ,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>LEHIGH SOUTHWEST CEMENT COMPANY; INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS, AND HELPERS UNION, LOCAL CLG-100; INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS, AND HELPERS UNION<br><br>　　　Defendants, | Case No.   CV 14-3537-LHK<br><br>⌐ORDER GRANTING ENLARGEMENT OF TIME FOR PLAINTIFF TO FILE RESPONSE TO THE UNION DEFENDANTS' 12(b)(6) MOTION TO DISMISS FOR LACK OF JURISDICTION |

Rodriguez v. Lehigh Southwest Cement Co., et al; 14-3537-LHK
[Proposed] Order Granting Enlargement of Time for Plaintiff to
File Opposition to the Union Defendants' 12(b)(6) Motion

1

# ORDER

Based upon Plaintiff's Administrative Motion for an Enlargement of Time to File A Response to the 12(b)(60 motion of Defendants' INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS, AND HELPERS UNION, LOCAL CLG-100; INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS, AND HELPERS UNION, and the court having considered the moving and opposing papers,

AND FOR GOOD CAUSE APPEARING,

IT IS SO ORDERED that Plaintiff's motion to enlarge time to file a response to the Union Defendants' FRCP 12(b)(6) motion to dismiss for lack of jurisdiction, is granted. Plaintiff shall file his response by February 10, 2015. The Union Defendants' reply shall be filed by February 17, 2015.

IT IS SO ORDERED.

Dated: February 10, 2015

*Lucy H. Koh*
Honorable Lucy H. Koh

Rodriguez v. Lehigh Southwest Cement Co., et al; 14-3537-LHK
[Proposed] Order Granting Enlargement of Time for Plaintiff to
File Opposition to the Union Defendants' 12(b)(6) Motion
2