UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RODRIGUEZ<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS AND HELPERS UNION, LOCAL CLG-100, et al.,<br><br>    Defendants. | Case No. 14-cv-03537-LHK   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: July 10, 2015<br>Mediator: Barry Winograd |

IT IS HEREBY ORDERED that the request to excuse defendant International Brotherhood of Boilermakers' insurer representative from appearing in person at the July 10, 2015, mediation before Barry Winograd is GRANTED. The excused representative shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: June 16, 2015

_____
Maria-Elena James
United States Magistrate Judge