UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANK RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS AND HELPERS UNION, LOCAL CLG-100, et al.,<br><br>　　　　Defendants. | Case No. 14-CV-03537-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference, currently scheduled for August 12, 2015, is hereby CONTINUED to October 7, 2015, at 2 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by September 30, 2015.

**IT IS SO ORDERED.**

Dated: August 6, 2015

　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　United States District Judge

1
Case No.14-CV-03537-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE